UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dynamic Network Systems, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-37-JM |
| ) | |
| Timothy Wilde, ) | |
| ) | |
| Defendant ) | |

## CORPORATE DISCLOSURE PURSUANT TO LOCAL RULE 7.5

NOW COMES the Plaintiff Dynamic Network Services, Inc., by and through its attorneys, Sheehan Phinney Bass + Green, Professional Association, and makes the following corporate disclosure pursuant to Local Rule 7.5:

Dynamic Network Services, Inc. is a privately held corporation organized under the laws of the State of Delaware, with a principal place of business in Manchester, New Hampshire. Dynamic Network Services, Inc. has no parents, subsidiaries or affiliates and is not subject to any merger agreement with any publicly held corporation.

Respectfully submitted,

DYNAMIC NETWORK SERVICES, INC.

By Its Attorneys,

SHEEHAN PHINNEY BASS & GREEN,
PROFESSIONAL ASSOCIATION

Dated: February 1, 2006        By:     /s/   Christopher Cole
                                Christopher Cole, NH Bar No. 8725
                                John-Mark Turner, NH Bar No. 15610
                                1000 Elm Street
                                P.O. Box 3701
                                Manchester, New Hampshire 03105-3701
                                (603) 627-8223
                                ccole@sheehan.com
                                jturner@sheehan.com