AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     NEW HAMPSHIRE

Dynamic Network Services, Inc., 1 Sundial Avenue, Suite 301, Manchester NH 03103

V.

Timothy Wilde, 1175 Lake Boulevard, No. 105, Davis, CA 95616

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:06-cv-37-JM

TO: (Name and address of Defendant)

Timothy Wilde
1175 Lake Boulevard
No. 105
Davis, CA 95616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Cole, Esquire
Sheehan Phinney Bass + Green,
Professional Association
1000 Elm Street
Post Office Box 3701
Manchester NH 03105-3701

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**with ECF Notice and Notice of Assignment to the Magistrate Judge attached**

JAMES R. STARR, Clerk

By: /s/ Janice Boucher, Deputy Clerk

February 6, 2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.