# Intent to Purchase Outline

The Company offers to purchase Tim Wilde's entire ownership stake in Dynamic Network Services, Inc. and to terminate its consulting arrangement with Tim Wilde.

## Transition Process Overview

The transition plan is broken into three phases (Agreement, Closing, and Transition). The dates for these phases are below:
- Agreement: Ongoing
- Closing: February 1, 2006
- Completion of Transition: May 1, 2006

### Agreement Phase
All parties discuss agreement points and work with Michael Refolo to draft a document that is agreeable to all parties. Concurrently, a system administration position is created and potential candidates are screened.

### Closing Phase
The documents required are signed. A new hire is selected to perform System Administration. A conversation between Chris Smith and Tim Wilde, then Board of Directors occurs to encourage Chris to stay with the Company. A company announcement is made to all employees.

**What Tim Wilde will provide at Closing:**
- An assignment confirming the Company's ownership of all intellectual property developed by Tim in the course of his work for the Company, effective May 1, 2006
- Clear and free title to all (36) outstanding shares, effective May 1, 2006
- Non-compete for a duration of four years, effective May 1, 2006
- Non-disclosure for a duration of four years, effective May 1, 2006
- Mutual Release of Consulting and Shareholders Agreements, effective May 1, 2006

**What the Company will provide at Closing:**
- Payment of $55,000 to Tim Wilde
- Mutual Release of Consulting and Shareholders Agreements, effective May 1, 2006
- Provide security interest, effective May 1, 2006 to Tim Wilde, for those shares purchased, decreasing proportionately to remaining balance of payment.

### Transition Phase
All parties work to train new hire and transition job duties and responsibilities as appropriate over a three month period.

**What Tim Wilde will provide throughout the Transition Phase:**
- Documentation and training of replacement staff

**What the Company will provide upon completion of the Transition Phase:**
- Payment of $55,000 to Tim Wilde
- $140,000/year paid monthly, 20% increase each year for six years
- $1.5M total (see payment schedule, below)
- Commencement of monthly payments
- Email forwarding for four years
- Reasonable amount of Company Services for personal use for four years
- Employment references
- Transfer of ownership of computer equipment in personal possession
- K-1 Tax liability payments for tax years 2005 and 2006

**Responsibilities documented and transferred**
- New SA:
  - System administration and installation
  - Level 3 support
  - Level 2 abuse
  - Server deployments
  - Scripting
  - Network management
  - On-call rotation

- Jeremy:
  - Support/sales policy and oversight
  - Any remaining official Company accounts/relationships
  - Merchant account, Tucows, American Express, Vendor accounts
  - Merchant account security compliance (shared with Tom)

- Tom:
  - Abuse policy setting / oversight
  - Merchant account security compliance (shared)
  - Hardware
  - Database administration
  - Network, hardware, and systems administration oversight

## Payment Schedule

| Date of Check | Amount |
|---|---|
| 1-Feb-06 | $55,000 |
| 1-May-06 | $55,000 |
| 1-May-06 | $11,667 |
| 1-Jun-06 | $11,667 |
| 1-Jul-06 | $11,667 |
| 1-Aug-06 | $11,667 |
| 1-Sep-06 | $11,667 |
| 1-Oct-06 | $11,667 |
| 1-Nov-06 | $11,667 |
| 1-Dec-06 | $11,667 |
| 1-Jan-07 | $11,667 |
| 1-Feb-07 | $11,667 |
| 1-Mar-07 | $11,667 |
| 1-Apr-07 | $11,667 |
| 1-May-07 | $14,000 |
| 1-Jun-07 | $14,000 |
| 1-Jul-07 | $14,000 |
| 1-Aug-07 | $14,000 |
| 1-Sep-07 | $14,000 |
| 1-Oct-07 | $14,000 |
| 1-Nov-07 | $14,000 |
| 1-Dec-07 | $14,000 |
| 1-Jan-08 | $14,000 |
| 1-Feb-08 | $14,000 |
| 1-Mar-08 | $14,000 |
| 1-Apr-08 | $14,000 |
| 1-May-08 | $16,800 |
| 1-Jun-08 | $16,800 |
| 1-Jul-08 | $16,800 |
| 1-Aug-08 | $16,800 |
| 1-Sep-08 | $16,800 |
| 1-Oct-08 | $16,800 |
| 1-Nov-08 | $16,800 |
| 1-Dec-08 | $16,800 |
| 1-Jan-09 | $16,800 |
| 1-Feb-09 | $16,800 |
| 1-Mar-09 | $16,800 |
| 1-Apr-09 | $16,800 |
| 1-May-09 | $20,160 |
| 1-Jun-09 | $20,160 |
| 1-Jul-09 | $20,160 |
| 1-Aug-09 | $20,160 |

| | |
|---|---|
| 1-Sep-09 | $20,160 |
| 1-Oct-09 | $20,160 |
| 1-Nov-09 | $20,160 |
| 1-Dec-09 | $20,160 |
| 1-Jan-10 | $20,160 |
| 1-Feb-10 | $20,160 |
| 1-Mar-10 | $20,160 |
| 1-Apr-10 | $20,160 |
| 1-May-10 | $24,192 |
| 1-Jun-10 | $24,192 |
| 1-Jul-10 | $24,192 |
| 1-Aug-10 | $24,192 |
| 1-Sep-10 | $24,192 |
| 1-Oct-10 | $24,192 |
| 1-Nov-10 | $24,192 |
| 1-Dec-10 | $24,192 |
| 1-Jan-11 | $24,192 |
| 1-Feb-11 | $24,192 |
| 1-Mar-11 | $24,192 |
| 1-Apr-11 | $24,192 |
| 1-May-11 | $29,030 |
| 1-Jun-11 | $29,030 |
| 1-Jul-11 | $29,030 |
| 1-Aug-11 | $29,030 |
| 1-Sep-11 | $29,030 |
| 1-Oct-11 | $29,030 |
| 1-Nov-11 | $29,030 |
| 1-Dec-11 | $29,030 |
| 1-Jan-12 | $29,030 |
| 1-Feb-12 | $29,030 |
| 1-Mar-12 | $29,030 |
| 1-Apr-12 | $29,030 |
| Total Payment: | $1,500,189 |