UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dynamic Network Systems, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Timothy Wilde, )<br>)<br>Defendant ) | Civil Action No. 06-cv-37-M |

**AFFIDAVIT OF SERVICE**

I, Judith A. Van Kalken, under oath affirm as follows:

1. I am a litigation paralegal employed by the law firm of Sheehan Phinney Bass + Green, P.A.

2. On February 14, 2006, Deputy Mark J. Loomis, a Deputy Sheriff with the Merrimack County Sheriff's Office served Timothy Wilde, a non-resident defendant, by serving the New Hampshire Secretary of State with copies of the Summons in a Civil Action, Complaint, ECF Notice, Corporate Disclosure pursuant to Local Rule 7.5, Notice of Assignment to U.S. Magistrate Judge and a copy of the civil cover sheet, along with a check in the amount of $10.00 in the above-captioned case pursuant to NHRSA 510:4. A true copy of the Merrimack County Sheriff's return of service is attached as Exhibit A.

3. On February 27, 2006, I served the Defendant, Timothy Wilde by sending, via registered mail to Mr. Wilde at 1175 Lake Boulevard, No. 105, Davis, CA, copies of the Summons in a Civil Action, Complaint, ECF Notice, Notice of Assignment to U.S. Magistrate Judge, Corporate Disclosure pursuant to Local Rule 7.5, the Civil Cover sheet,

and an attested to copy of the Merrimack County Sheriff's Return of Service on the New Hampshire Secretary of State in the above-captioned case, pursuant to NHRSA 510:4. A true copy of the registered letter sent by me to the defendant, is attached as Exhibit B.

4. The United States Postal Service attempted service on March 4, 2006 and left Notice of the registered mail envelope. The United States Postal Service again left a notice of the registered mail on March 9, 2006. To date, Mr. Wilde has not claimed the registered mail at the post office. Attached as Exhibit C is a true copy of the United State Postal Service Intranet Item Inquiry, which indicates that Mr. Wilde was notified of the package and has not claimed his registered mail.

5. I also understand from Christopher Cole, counsel for the Plaintiff in this case, that the Defendant, Timothy Wilde has received copies of the Complaint and Amended Complaint. The Defendant therefore has actual notice of this action.

This ends my affidavit testimony.

Dated: March 29, 2006

_/s/ Judith A. Van Kalken_
Judith A. Van Kalken

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Before me, the undersigned officer, personally appeared Judith A. Van Kalken, and under oath stated that the above Affidavit subscribed by her is true, to the best of her knowledge, information and belief.

_/s/ Susan Pillsbury_
~~Justice of the Peace~~/Notary Public

My commission expires: 12/18/07