AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW HAMPSHIRE

Dynamic Network Services, Inc., 1 Sundial
Avenue, Suite 301, Manchester NH 03103

**SUMMONS IN A CIVIL ACTION**

V.

Timothy Wilde, 1175 Lake Boulevard,
No. 105, Davis, CA 95616

CASE NUMBER:   1:06-cv-37-JM

TO: (Name and address of Defendant)

Timothy Wilde
1175 Lake Boulevard
No. 105
Davis, CA 95616

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Cole, Esquire
Sheehan Phinney Bass + Green,
Professional Association
1000 Elm Street
Post Office Box 3701
Manchester NH 03105-3701

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**with ECF Notice and
Notice of Assignment to the
Magistrate Judge attached**

JAMES R. STARR, Clerk

By /s/ Janice Boucher, Deputy Clerk

February 6, 2006

DATE

**Merrimack County Sheriff's Office**
163 North Main St.
Concord, NH 03301
Phone: 603-225-5583

TIMOTHY WILDE
1175 LAKE BOULEVARD #105
DAVIS, CA 95616

MERRIMACK, SS                                                DATE: FEBRUARY 14, 2006

    I, DEPUTY MARK J LOOMIS, this date at 1306, summoned the within named defendant TIMOTHY WILDE as within commanded by leaving at the office of William M. Gardner, Secretary of State of New Hampshire, its true and lawful Attorney for the service of process under and by virtue of Chapter 510:4, New Hampshire Revised Statutes Annotated, as amended, a true and attested copy of this Summons and Complaint and I paid the Secretary of State ten ($10.00) dollars as his fee for accepting service.

FEES

| | |
|---|---|
| Service: | 15.00 |
| PD to SOS: | 10.00 |
| Postage | 1.00 |
| Travel | 2.00 |
| TOTAL: | 18.00 |

_____, Deputy Sheriff
DEPUTY MARK J LOOMIS