SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION



ATTORNEYS AT LAW

MANCHESTER
1000 ELM STREET
PO BOX 3701
MANCHESTER, NH
03105-3701
T 603 668-0300
F 603 627-8121

CONCORD
143 N. MAIN STREET
SUITE 103
CONCORD, NH
03301-5089
T 603 223-2020
F 603 224-8899

LEBANON
46 CENTERRA PARKWAY
LEBANON, NH
03766-1487
T 603 643-9070
F 603 643-3679

BOSTON
ONE BOSTON PLACE
BOSTON, MA
02108-4404
T 617 897-5600
F 617 439-9363

WWW.SHEEHAN.COM

Writer's Direct Dial:
(603) 627-8201
jvankalken@sheehan.com

February 27, 2006

**VIA REGISTERED MAIL # RA 568 038 688 US**

Timothy Wilde
1175 Lake Boulevard
No. 105
Davis, CA 95616

Re: **06-CV-37-JM, Dynamic Network Services, Inc. v. Timothy Wilde**

Dear Mr. Wilde:

Enclosed please find the following, hereby served on you as the defendant in the above-captioned matter pending in the United States District Court for the District of New Hampshire, pursuant to NH RSA 510:4.

- Summons In a Civil Action
- Complaint
- A true copy attest of the Merrimack County Sheriff's office return of service on the NH Secretary of State
- Corporate Disclosure Pursuant to Local Rule 7.5
- ECF Notice
- Notice of Assignment to U.S. Magistrate Judge
- Civil Cover Sheet

Very truly yours,

Judith A. Van Kalken
Litigation Paralegal to
Christopher Cole

Registered No. RA 568 038 688 US
Reg. Fee $ 7.90
Handling Charge $
Postage $ 1.59
Received by
Special Delivery $
Return Receipt $ 1.85
Restricted Delivery $
Date Stamp
UNIT ID: 0109
Clerk: KSFY3H
02/27/06
Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)
With Postal Insurance
Without Postal Insurance ☒

FROM: Judith Van Kalken, Paralegal
Sheehan Phinney Bass + Green
1000 Elm St Manchester NH 03101

TO: Timothy Wilde
1175 Lake Boulevard No. 105
Davis CA 95616

PS Form 3806, Receipt for Registered Mail   (Customer Copy)
February 1995   (See Information on Reverse)