**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry - Domestic

**Item:** RA56 8038 688U S          **Date/Time Mailed:** 02/27/2006 16:15

| | | | | | |
|---|---|---|---|---|---|
| **Destination** | **ZIP Code:** 95616 | | **City:** DAVIS | | **State:** CA |
| **Origin** | **ZIP Code:** 03101-9715 | | **City:** MANCHESTER | | **State:** NH |

**Class:** First Class

**Anticipated Delivery Date:** 03/02/2006

**Weight:** 0 **lb(s)** 6 **oz(s)**          **Postage:** $1.59

**PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| RETURN RECEIPT | | $1.85 |
| REGISTERED MAIL | RA56 8038 688U S | $7.90 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| NOTICE LEFT | 03/09/2006 08:11 | DAVIS, CA 95616 | L569716 |
| | Request Delivery Record | | |
| NOTICE LEFT | 03/04/2006 12:53 | DAVIS, CA 95616 | K973462 |
| ARRIVAL AT UNIT | 03/04/2006 05:59 | DAVIS, CA 95616 | L569716 |
| ACCEPT OR PICKUP | 02/27/2006 16:15 | MANCHESTER, NH 03101 | |

**Enter Request Type and Item Number:**

Quick Search ⦿          Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*[Postmark: DOWNTOWN STATION MANCHESTER NH 03101 MAR 28 2006 USPS]*

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.