United States District Court
for the District of New Hampshire

| | |
|---|---|
| Dynamic Network Services, Inc.,<br><br>      Plaintiff<br><br>vs.<br><br>Timothy J. Wilde,<br><br>      Defendant | No. 06-cv-37-JM |

**<u>Appearance</u>**

  Please enter our Appearance on behalf of the Defendant, Timothy J. Wilde, 1175 Lake Boulevard, No. 105, Davis, CA 95616.

                Respectfully submitted,

                Pierce Atwood LLP

Date:  April 3, 2006       By: /s/ Lawrence M. Edelman
                 Lawrence M. Edelman
                 N.H. Bar No. 738
                 Pease International Tradeport
                 One New Hampshire Avenue
                 Suite 350
                 Portsmouth, NH 03801
                 (603) 433-6300

## Certificate of Service

I hereby certify that a copy of the foregoing Appearance was served on the following on this 3rd day of April, 2006 and in the manner specified herein:

Electronically Served Through ECF:

Christopher Cole, Esquire
Sheehan Phinney Bass & Green
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105
E-mail: ccole@sheehan.com


                                          /s/ Lawrence M. Edelman
                                          Lawrence M. Edelman