United States District Court
for the District of New Hampshire

| | |
|---|---|
| Dynamic Network Services, Inc., <br><br> Plaintiff <br><br> vs. <br><br> Timothy J. Wilde, <br><br> Defendant | No. 06-cv-37-JM |

### *Assented* Motion to Establish Deadline to Answer or Otherwise Plead

Now comes Timothy J. Wilde, Defendant in the above-entitled matter, and by and through his attorneys, Pierce Atwood LLP, states as follows:

1. Counsel for the Defendant has appeared and, in consultation with the Plaintiff's counsel, requests that the Court, subject to the exercise of its discretion, establish April 24, 2006 as the date, on or before which the Defendant may answer or otherwise plead.

2. Counsel for the Plaintiff concurs in the relief requested.

3. In light of the subject matter of this motion, no memorandum of law is deemed necessary.

{P0111477.1}

        Respectfully submitted,

        Timothy J. Wilde

        By his attorneys,
        Pierce Atwood LLP


Date:  April 3, 2006        By:  /s/ Lawrence M. Edelman
        Lawrence M. Edelman
        N.H. Bar No. 738
        Pease International Tradeport
        One New Hampshire Avenue
        Suite 350
        Portsmouth, NH 03801
        (603) 433-6300

## Certificate of Service

I hereby certify that a copy of the foregoing Assented Motion to Establish Deadline to Answer or Otherwise Plead was served on the following on this 3rd day of April, 2006 and in the manner specified herein:

Electronically Served Through ECF:

Christopher Cole, Esquire
Sheehan Phinney Bass & Green
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105
E-mail: ccole@sheehan.com


        /s/ Lawrence M. Edelman
        Lawrence M. Edelman

{P0111477.1}