UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
)
Dynamic Network Systems, Inc.,                )
)
                         Plaintiff,            )
)
           v.                                  )          Civil Action No. 06-cv-37-M
)
Timothy Wilde,                                 )
)
                         Defendant             )
_____)

## AFFIDAVIT OF SERVICE

I, Judith A. Van Kalken, under oath affirm as follows:

    1.  I am a litigation paralegal employed by the law firm of Sheehan Phinney Bass +

Green, P.A.

    2.  On March 29, 2006, I executed an Affidavit of Service.  In furtherance of my

Affidavit, I would like to add the following information.

    3.  On April 3, 2006, I received from the United States Postal Service, the original

unclaimed registered mail envelope addressed to the Defendant, Timothy Wilde at his

last known address, 1175 Lake Boulevard, No. 105, Davis, CA,  This registered mail

envelope contained the service of process including copies of the Summons in a Civil

Action, Complaint, ECF Notice, Notice of Assignment to U.S. Magistrate Judge,

Corporate Disclosure pursuant to Local Rule 7.5, the Civil Cover sheet, and an attested to

copy of the Merrimack County Sheriff's Return of Service on the New Hampshire

Secretary of State in the above-captioned case, pursuant to NHRSA 510:4.  Attached as

Exhibit A is a true copy of the United State Postal Service envelope which indicates that

Mr. Wilde was notified of the package on March 4, 2006, and March 9, 2006 and the United States Postal Service returned the unclaimed package on March 24, 2006.

4.  I also understand from Christopher Cole, counsel for the Plaintiff in this case, that the Attorney Cole forwarded a copy of the Complaint to Mr. Wilde's counsel, John Marlow on February 1, 2006.  Attached as Exhibit B is a true copy of Attorney Cole's email to Attorney Marlow.

5.  On February 2, 2006, Attorney Marlow sent an email to Attorney Cole acknowledging that he received the letter and attachments and would discuss them with Mr. Wilde.  Attached as Exhibit C is a true copy of Attorney Marlow's email to Christopher Cole.

This ends my affidavit testimony.

_____/s/ Judith A. Van Kalken____
Dated:  April 3, 2006                          Judith A. Van Kalken

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Before me, the undersigned officer, personally appeared Judith A. Van Kalken, and under oath stated that the above Affidavit subscribed by her is true, to the best of her knowledge, information and belief.

___/s/ Carol A. Sanders_____
~~Justice of the Peace~~/Notary Public

My commission expires:  9/21/10