A



Label 200, July 1999    United States Postal Service **REGISTERED MAIL**    RA 568 038 688 US    (102595) 99-M-1904

Hold
Date
1st Notice 3/4
2nd Notice 3/9
Return 3/24

SRBG
ATTORNEYS AT LAW
SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION
1000 ELM STREET
PO Box 3701
MANCHESTER
NEW HAMPSHIRE
03105-3701


RETURN TO SENDER
UNCLAIMED


U.S. POSTAGE PAID
MANCHESTER, NH
FEB 21, '06
AMOUNT
$0.00
00083294-11
9261 95616

RETURN RECEIPT REQUESTED

SRBG
ATTORNEYS AT LAW
SHEEHAN
PHINNEY
BASS +
GREEN
PROFESSIONAL
ASSOCIATION
1000 ELM STREET
P.O. BOX 3701
MANCHESTER
NEW HAMPSHIRE
03105-3701

TO:
Timothy Wilde
1175 Lake Boulevard
No. 105
Davis, CA 95616

JVK


MANCHESTER NH
FEB 27 '06


U.S. POSTAGE
11.34
H METER 588036