# Linda M. Mavrogeorge

| | |
|---|---|
| **From:** | Christopher Cole |
| **Sent:** | Wednesday, February 01, 2006 12:07 PM |
| **To:** | 'jmarlow@elawgrp.com' |
| **Cc:** | 'mrefolo@bowditch.com' |
| **Subject:** | Dynamic Network Services, Inc. |
| **Importance:** | High |
| **Attachments:** | Marlow letter 2-1.pdf; Complaint.pdf; Exhibit A - Proposal.pdf |

Mr. Marlow --

Please see the enclosed. If you should have any questions, please do not hesitate to call me.


Marlow letter 2-1.pdf (81 KB)


Complaint.pdf (589 KB)


Exhibit A - Proposal.pdf (106 ...