UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Dynamic Network Services, Inc., <br><br>　　　　　　　　　Plaintiff <br><br>vs. <br><br>Timothy J. Wilde, <br><br>　　　　　　　　　Defendant | No. 06-cv-37-JM |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their attorneys, and stipulate pursuant to F.R.C.P. 41(a)(1)(ii) that the above-captioned case be dismissed **with prejudice**.  Each party is to bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| Defendant, | Plaintiff, |
|---|---|
| **TIMOTHY WILDE** | **DYNAMIC NETWORK SERVICES, INC.** |
| By his attorneys, | By its attorneys, |
| | |
| _____s/ Lawrence M. Edelman_____ | _____s/ Christopher Cole_____ |
| Lawrence M. Edelman N.H. Bar #: 738 | Christopher Cole, NH Bar #: 8725 |
| Pease International Tradeport | 1000 Elm Street |
| One New Hampshire Avenue | PO Box 3701 |
| Suite 350 | Manchester, NH 03105-3701 |
| Portsmouth, NH 03801 | (603) 627-8223 |
| (603) 433-6300 | ccole@sheehan.com |
| ledelman@pierceatwood.com | |

Dated:  August 30, 2006